IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_Northern_ RECEIVED DIVISION

_Anthony Bernard Moorer_ )

_____ )

**Plaintiff** )

)

_City of Montgomery_ )
v.

_____ )

)

**Defendant(s)** )

2006 JUL 27  P 4: 10

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**DEMAND FOR JURY TRIAL**

2:06 cv 672-WKW

<u>COMPLAINT</u>

1. Plaintiff resides at _4240 Geen Meadow Dr. Montgomery, AL 36108_

2. Defendant(s)' name(s) _City of Montgomery_

   Location of principal office(s) of the named defendant(s) _928 Aberr N. Ripley St._
   _Montgomery, AL 36104_     _ABM_

   Nature of defendant(s)' business _Maintenance_

   Approximate number of individuals employed by defendant(s) _Don't Know._

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4. The acts complained of in this suit concern:

   1. ____ Failure to employ me.
   2. _X_ Termination of my employment.
   3. _X_ Failure to promote me.
   4. ____ Other acts as specified below: _____

   _____

   _____

1

5.  Plaintiff is:
    A.  _____ Presently employed by the defendant.
        __X__ Not presently employed by the defendant. The dates of employment were
        _4/22/03 -- 4/18/06_____. Employment was terminated because:

        (1) __X__ Plaintiff was discharged.
        (2) _____ Plaintiff was laid off.
        (3) _____ Plaintiff left job voluntarily.

6.  Defendant(s)' conduct is discriminatory with respect to the following:

    A.  __X__ My race.
    B.  ____ My religion.
    C.  ____ My sex.
    D.  ____ My national origin.
    E.  ____ Other, as specified below: _____

    _____

7.  The name(s), race, sex, and the position or title of the individual(s) who allegedly
    discriminated against me during the period of my employment with the defendant company
    is (are) _BERNAR HARRIS, BLACK, MALE, MY FOREMAN_____

    _____

8.  The alleged discrimination occurred on or about _APRIL 7, 2005_____.

9.  The nature of my complaint, i.e., the manner in which the individual(s) named above
    discriminated against me in terms of the conditions of my employment, is as follows: _MR._
    _HARRIS WOULD ONLY LET ME DO THE HIGH WORK. WHEN_
    _I ASKED HIM ABOUT ME DOING THE HIGH WORK HE MADE_
    _THE STATEMENT THAT TOMMY KELO WAS OLDER AND_
    _IF HE FALLS IT WOULD TAKE HIM LONGER TO HEAL. ALSO_
    _HE NEVER ALLOWED KIRK HAYES TO DO THE HIGH WORK_
    _BECAUSE HE WAS TO LARGE. ALSO, I WAS ALWAYS_
    _HARESSED BY MR. HARRIS AT ALL TIMES._____

    _____

    _____

10. The alleged illegal activity took place at _NONE_____

    _____

2

11.  I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about _10/25/05_ .
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on _5/3/06_ .

12.  I seek the following relief:

A.  __X__ Recovery of back pay.
B.  __X__ Reinstatement to my former job,
and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

Date: _5-26-06_

_Anthony B. Mosley_
Signature of Plaintiff
4240 GREEN MEADOW DRIVE
MONTGOMERY AL 36108
(334) 318-4464
Address & Telephone Number of Plaintiff

I'm Also SEEKING MY UNEMPLOYMENT THAT THE CITY OF MONTGOMERY IS WITHHOLDING FROM ME. AND I FEEL THAT THIS IS VERY WRONG.

Signed this 27th day of July 2006.

_Francester S. Guby-At_

FRANCESTER D. H.............
NOTARY PUBLI.............. AT LARGE
MY COMMISS.............03-2-09
BONDED THR.............C UNDERWRITERS

Commission expires Feb. 23, 2009

3