IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY BERNARD MOORER,  )
                          )
            Plaintiff,    )
                          )
v.                        )    CIVIL ACTION NO. 2:06CV672-WKW
                          )    [WO]
CITY OF MONTGOMERY,       )
                          )
            Defendants.   )

## ORDER ON MOTION

For good cause, it is

ORDERED that the Motion for Leave to Proceed In Forma Pauperis, filed on 27 July

2006 (Doc. # 2), is GRANTED.

DONE this 9th day of August, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE