IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY BERNARD MOORER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV672- |
| ) | WKW |
| ) | |
| CITY OF MONTGOMERY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On August 23, 2006, this Court granted Plaintiff's motion to add Bernard Harris and Thomas Provitt as individual defendants in their individual capacities to this litigation (Doc. #8). The Court also granted Plaintiff's motion to assert his claims under 42 U.S.C. § 1983 (Doc. #8). On September 21, 2006, this Court dismissed Plaintiff's Title VII claims with prejudice and referred the matter back to the Magistrate Judge for additional proceedings (Doc. #9). Therefore, it is

ORDERED that Plaintiff file an amended complaint, specifically setting forth his claims under 42 U.S.C. § 1983 on or before February 6, 2007. It is further

ORDERED that Plaintiff shall provide the mailing addresses of both Defendants Bernard Harris and Thomas Provitt on or before February 6, 2007, for the Clerk of Court to effectuate service of process of the summons and complaint on all Defendants.

DONE this 23rd day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE