IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 JAN 31  P 2: 50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ANTHONY BERNARD MOORER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION NO. 2:06CV672-WKW |
| v. ) | |
| ) | |
| ) | |
| ) | |
| CITY OF MONTGOMERY, ET AL., ) | |
| ) | |
| New Defendants. ) | |

RESPONSE

Thomas Provitt & Bernard Harris

City of Montgomery

Maintenance Department

P.O. Box 1111

Montgomery, AL 36101-1111

*Anthony B. Moorer*

1-31-2007

## CERTIFICATE OF SERVICE

I hereby certify that on this __31__ day of __January__, 200_7_, a copy of this

_____

was mailed, postage prepaid, to

Thomas Provitt & Bernard Harris
City of Montgomery
Maintenace Department
P.O. Box 1111
Montgomery, AL 36101-1111

_Anthony Moorer_
PRO SE LITIGANT

1-31-2007