IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY BERNARD MOORER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV672-WKW |
| | ) | |
| CITY OF MONTGOMERY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On August 23, 2006, this Court granted Plaintiff's motion to add Bernard Harris and Thomas Provitt as individual defendants in their individual capacities to this litigation (Doc. #8). The Court also granted Plaintiff's motion to assert his claims under 42 U.S.C. § 1983 (2000) (Doc. #8). On September 21, 2006, this Court dismissed Plaintiff's Title VII claims with prejudice and referred the matter back to the undersigned Magistrate Judge for additional proceedings (Doc. #9). On January 23, 2007, the undersigned Magistrate Judge ordered Plaintiff to file an amended complaint, specifically setting forth his claims under 42 U.S.C. § 1983 on or before February 6, 2007. The Court further ordered Plaintiff to provide the mailing addresses of both Defendants Bernard Harris and Thomas Provitt on or before February 6, 2007. Plaintiff has complied with the latter demand, but has failed to file an amended complaint, specifically setting forth his claims under § 1983. Accordingly, it is

ORDERED that the Clerk of Court is to serve all Defendants in this matter with

Plaintiff's Complaint (Doc. #1), Plaintiff's Motion to Amend the Complaint to Include Defendants and to Make Claims Pursuant to 42 U.S.C. § 1983 (Doc. #7), the Summons, this Court's Report and Recommendations (Doc. #8), and the District Judge's Order adopting the Report and Recommendations (Doc. #9). It is further

ORDERED that Plaintiff's claims now stand as presented. These include: (1) Racial Discrimination charged against Defendant Harris, in his individual capacity; (2) Violation of Due Process against Defendant Provitt, in his individual capacity; and (3) Failure to Properly Train charged against the City of Montgomery. The Court already has granted Plaintiff adequate opportunity to amend his pleadings. (See Doc. #6, #8, #10). Plaintiff has failed to respond to the Court's most recent order that he file an amended Complaint. (Doc. #10). The Court will not afford Plaintiff any further opportunity to amend his complaint. It is further

ORDERED that Defendants shall file an Answer or Responsive Pleading to Plaintiff's Complaint on or before March 9, 2007.

DONE this 9th day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE