AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____      District of      _____Alabama_____

Anthony Bernard Moorer

V.

City of Montgomery, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  2:06-cv-00672-WKW

TO: (Name and address of Defendant)

Bernard Harris
C/o City of Montgomery
928  N. Ripley Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony Bernard Moorer
4240 Green Meadow Dr.
Montgomery, AL 36108
US                             (Pro Se)
334-318-4464

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett, Clerk

2/9/07

Ven Austin, Deputy Clerk

# UNITED STATES DISTRICT COURT

Middle _____ District of _____ Alabama

Anthony Bernard Moorer

V.                                                      **SUMMONS IN A CIVIL CASE**

City of Montgomery, et al

                                        CASE NUMBER:  2:06-cv-00672-WKW

TO: (Name and address of Defendant)

City of Montgomery
928  N. Ripley Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony Bernard Moorer
4240 Green Meadow Dr.
Montgomery, AL 36108
US                              (Pro Se)
334-318-4464

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett, Clerk                         2/9/07

Von Austin, Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____     District of     _____ Alabama _____

Anthony Bernard Moorer

V.                                          **SUMMONS IN A CIVIL CASE**

City of Montgomery, et al

                        CASE NUMBER:  2:06-cv-00672-WKW

TO: (Name and address of Defendant)

    Thomas Provitt
    c/o City of Montgomery
    928  N. Ripley Street
    Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Anthony Bernard Moorer
    4240 Green Meadow Dr.
    Montgomery, AL 36108
    US
    334-318-4464          (Pro Se)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_ , Clerk                              2/9/07

Von Austin, Deputy Clerk