| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you. | A. Signature<br>X *Frank Pool* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>FRANK POOL |
| Bernard Harris<br>c/o City of Montgomery<br>928 N. Ripley Street<br>Montgomery, AL 36104 | address different from item 1? ☐ Yes<br>ter delivery address below: ☐ No<br><br>06cv672<br>s+C, order<br>2/9/07 |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (Transfer from s_  7006 2760 0002 8193 1132 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, | A. Signature<br>X *Frank Pool* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>FRANK POOL |
| Thomas Provitt<br>c/o City of Montgomery<br>928 N. Ripley Street<br>Montgomery, AL 36104 | address different from item 1? ☐ Yes<br>er delivery address below: ☐ No<br><br>06cv672<br>s+c, order<br>2/9/07 |
| | ☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7006 2760 0002 8193 1118 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits | A. Signature<br>X *Frank Pool* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>FRANK POOL |
| City of Montgomery<br>928 N. Ripley Street<br>Montgomery, AL 36104 | address different from item 1? ☐ Yes<br>er delivery address below: ☐ No<br><br>06cv672<br>s+ comp,<br>order 2/9/07 |
| | 3. Service Type<br>☑ Certified Mail ☑ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (Transfer from serv_  7006 2760 0002 8193 1170 | |