IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY BERNARD MOORER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06cv672-WKW |
| | ) |
| CITY OF MONTGOMERY; | ) |
| BERNARD HARRIS, individually; and | ) |
| THOMAS PROVITT, individually, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ANSWER

Pursuant to this Court's Order of February 9, 2007, Defendants City of Montgomery ("the City"), Bernard Harris, individually ("Harris"), and Thomas Provitt, individually ("Provitt"), as Answer to Plaintiff's Complaint and Show Cause Motion to Amend the Complaint state unto the Court the following:

1. Defendants deny all allegations set out in Plaintiff's Complaint and Show Cause Motion to Amend the Complaint.

2. Defendants deny all claims of racial discrimination and demand strict proof thereof.

3. Defendants deny all claims of due process violations and demand strict proof thereof.

4. Defendants deny all claims of failure to train and demand strict proof thereof.

1

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Defendants assert that the Complaint fails to state a cause of action upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Defendants deny that Plaintiff is entitled to any relief.

**THIRD AFFIRMATIVE DEFENSE**

Defendants plead the general issue.

**FOURTH AFFIRMATIVE DEFENSE**

Defendants deny all material allegations not specifically admitted and demand strict proof thereof.

**FIFTH AFFIRMATIVE DEFENSE**

Defendants assert that Plaintiff has failed to state any adverse employment action or damages caused by Defendants which violated Plaintiff's constitutional rights or for which any relief can be granted.

**SIXTH AFFIRMATIVE DEFENSE**

Defendants assert that Plaintiff has failed to state any custom or policy of Defendants which violated Plaintiff's constitutional rights or for which any relief can be granted.

**SEVENTH AFFIRMATIVE DEFENSE**

Defendants plead substantive, qualified and/or discretionary function immunity.

**EIGHTH AFFIRMATIVE DEFENSE**

Defendants plead insufficiency of service of process and insufficiency of process.

**NINTH AFFIRMATIVE DEFENSE**

Defendants plead that Plaintiff is not entitled to any award of damages.

## TENTH AFFIRMATIVE DEFENSE

To the extent applicable, Defendants plead that Plaintiff's claims are barred by the applicable statute of limitations.

## RESERVATION OF DEFENSES

Defendants reserve the right to plead additional defenses as they become known in the course of discovery.

Respectfully submitted this the 9th day of March, 2007.

/s/Michael D. Boyle_____
Michael D. Boyle (BOY032)
Attorney for Defendants


**OF COUNSEL:**
Legal Department
City of Montgomery
Post Office Box 1111
Montgomery, Alabama  36101-1111
(334) 241-2050
(334) 241-2310 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the above and foregoing Answer to the following by electronic mail or placing a copy of same in the United States Mail, postage, prepaid, this 9th day of March, 2007:

Anthony Moorer
4240 Green Meadow Drive
Montgomery, AL  36108

/s/ Michael D. Boyle
Of Counsel