IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 APR -9  P 3: 23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ANTHONY BERNARD MOORER,       )
                              )
    Plaintiff,                )
                              )
vs.                           )   CIVIL ACTION NO. 2;06cv672-WKW
                              )
CITY OF MONTGOMERY, et al.,   )
                              )
    Defendants.               )

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P., Rule 26(f), the parties conferred on April 9, 2007 as follows:

   Plaintiff Anthony Bernard Moorer, Pro Se

   Michael D. Boyle for Defendants: City of Montgomery, Bernard Harris, and Thomas Provitt.

2. Pre-Discovery Disclosures. The parties will exchange by May 24, 2007, the information required by Fed. R. Civ. P., Rule 26 (a)(1).

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

   Discovery will be needed on the following subjects: The claims alleged by the Plaintiff and the defenses asserted by the Defendants.

   All discovery commenced in time to be completed by December 24, 2007.

   Maximum of 25 requests for production by each party to any other party. Responses due 30 days after service.

   Maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service.

   Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service.

   Maximum of 10 depositions by Plaintiff and 10 by Defendants. Each deposition is limited to 8 hours.

   Reports from retained experts under Rule 26(a)(2) due:

      from Plaintiff by December 24, 2007; and
      from Defendants by January 24 , 2008

Supplementation under Rule 26(e) due within a reasonable time, not to exceed 30 days.

4. Other Items.

A scheduling conference with the Court has been set for April 13, 2007. The parties request a pretrial conference in February 20, 2008.

The parties should be allowed until July 24, 2007 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by October 24, 2007.

Settlement cannot be evaluated at this time.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

    from Plaintiff by 30 days before the date set for trial; and
    from Defendant by 30 days before the date set for trial.

Parties shall have 15 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The case should be ready for trial by the Court's civil trial term of March 24, 2008, and at this time is expected to take approximately one and one-half days.

Submitted by the Plaintiff with the express permission of Defendants' counsel.

Date: April 9, 2007.

_____
Anthony B. Moorer
*Pro Se*

_____
Michael D. Boyle (BOY0320)
Attorney for Defendants

Address of Plaintiff:
4240 Green Meadow Drive
Montgomery, AL 36108
(334) 221-9415

OF COUNSEL:
Legal Department
City of Montgomery
Post Office Box 1111
Montgomery, Alabama 36101-1111
(334) 24-2050
(334) 241-2310 (fax)
mboyle@ci.montgomery.al.us