IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAY 14  P 2:52

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| ANTHONY BERNARD MOORER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Case No. 2:06cv672-WKW | |
| | ) | |
| CITY OF MONTGOMERY; | ) | |
| BERNARD HARRIS, individually; and | ) | |
| THOMAS PROVITT, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW, Anthony Moorer, Plaintiff in the above-styled cause and informs this Honorable Court that the parties, Anthony Moorer, Plaintiff and Michael D. Boyle representing City of Montgomery, Bernard Harris and Thomas Provitt conducted a face-to-face settlement conference. The parties were unable to reach any agreement and it is not likely the parties would benefit from Mediation.

Respectfully submitted on this the 11th day of May, 2007.

_____
Anthony Moorer, Plaintiff
Pro Se

Address of Plaintiff:
4240 Green Meadow Drive
Montgomery, Alabama 36108
(334) 221-9415

CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing on the following counsel of record, by hand delivery on this the 11th day of May, 2007.

Michael D. Boyle
City of Montgomery
Legal Division
103 North Perry Street
Montgomery, Alabama  36104

            *Anthony Moorer*
            Anthony Moorer
            Plaintiff