IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY BERNARD MOORER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06-CV-672-WKW |
| | ) |
| CITY OF MONTGOMERY; | ) |
| BERNARD HARRIS, individually; and | ) |
| THOMAS PROVITT, individually, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE FOR DEFENDANTS

**COMES NOW** Allison H. Highley and notices this Honorable Court that she hereby enters her appearance on behalf of the Defendants, City of Montgomery, Bernard Harris and Thomas Provitt, in the above-styled action.

Respectfully submitted this 24th day of May, 2007.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Attorney for the Defendants

**OF COUNSEL:**
CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2007, I sent a copy of the foregoing Notice of Appearance to the Plaintiff via U.S. mail, first-class postage pre-paid to: Anthony Moorer, 4240 Green Meadow Drive, Montgomery, Alabama 36108.

/s/ Allison H. Highley
Allison H. Highley (HIG024)