IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY BERNARD MOORER )
)
Plaintiff, )
)
vs. ) CASE NO:2:06-cv-000672-WK
)
CITY OF MONTGOMERY, *et al.*, )
)
Defendant. )

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Pursuant to the Uniform Scheduling Order directing counsel for the parties to conduct a settlement conference, counsel for the parties have met face-to-face and discussed settlement, and they make known to the court that settlement cannot be reached. At this juncture, the parties do not believe mediation will assist them in resolving this case short of trial.

Respectfully submitted,

*/s/ Anthony Moorer*
ANTHONY BERNARD MOORER

## CERTIFICATE OF SERVICE

I hereby certify that I have this 28th day of August 2007, filed a copy of this document with the Clerk of the Court, who will perfect service upon the following using the CM/ECF SYSTEM.

Michael D. Boyle, Esq.
Legal Department
City of Montgomery
Post Office Box 1111
Montgomery, Alabama 36101-1111

_____
ANTHONY B. MOORE, pro se

**Address of Plaintiff**:
4240 Green Meadow Drive
Montgomery, AL 36108
(334) 221-9415

2