IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ANTHONY BERNARD MOORER**, )<br>        Plaintiff, ) | |
| ) | |
| v. ) | Case No. **2:06-CV-672-WKW** |
| ) | |
| **CITY OF MONTGOMERY**; )<br>**BERNARD HARRIS**, individually; and )<br>**THOMAS PROVITT**, individually, )<br>        Defendants. ) | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants City of Montgomery, Bernard Harris and Thomas Provitt, pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, and move this Court for summary judgment in Defendants' favor and against Plaintiff Anthony Bernard Moorer as to all issues in controversy alleged against Defendants, and in support of this motion state:

Defendants submit that there are no genuine issues as to any material facts, and that they are entitled to a judgment as a matter of law. Defendants further submit that Plaintiff has failed to present evidence to support elements of his case, on which he bears the ultimate burden of proof.

In support of the Motion for Summary Judgment, Defendants submit:

1.    Defendants' Answer (Doc. 15); and

2.    Brief in Support of Defendants' Motion for Summary Judgment, with the following attached exhibits:

        Defendant's Exhibit A – Affidavit of Bernard Harris;

        Defendant's Exhibit B – Affidavit of Thomas Provitt; and

        Defendant's Exhibit C – Certified Copy of Order, Montgomery Circuit

Court Case No. CV-2006-3015.

To the extent permitted by the Court, Defendant reserves the right to supplement this motion if necessary.

Respectfully submitted this 16th day of November, 2007.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Counsel for Defendants

OF COUNSEL:
CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2007, I sent a copy of the foregoing motion to the Plaintiff via U.S. mail, first-class postage pre-paid to:

Anthony Moorer
4240 Green Meadow Drive
Montgomery, Alabama 36108

/s/ Allison H. Highley
Allison H. Highley (HIG024)

APPENDIX A
EVIDENCE
APPENDIX B
STATUTES
REGULATIONS
CASE LAW
NOTES
ARTICLES
LEGISLATIVE HISTORY