**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **ANTHONY BERNARD MOORER**, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. **2:06-CV-672-WKW-WC** |
| ) | |
| **CITY OF MONTGOMERY**; ) | |
| **BERNARD HARRIS**, individually; and ) | |
| **THOMAS PROVITT**, individually, ) | |
|     Defendants. ) | |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW the City of Montgomery, Bernard Harris and Thomas Provitt, defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The City of Montgomery is a governmental entity. Bernard Harris and Thomas Provitt are individuals. There are no reportable entities for these parties.

Respectfully submitted this 27th day of December, 2007.

                                         /s/ Allison H. Highley
                                         Allison H. Highley (HIG024)
                                         Counsel for Defendants
                                         City of Montgomery, Bernard Harris
                                         and Thomas Provitt

OF COUNSEL:
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2007, I sent a true and correct copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to:

Anthony Moorer
4240 Green Meadow Drive
Montgomery, Alabama 36108

/s/ Allison H. Highley
Allison H. Highley (HIG024)