IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Anthony Bernard Moorer
*Anthony Bernard Moorer*
Plaintiff,

v.

City of Montgomery; et al

Defendants,

RECEIVED
2008 JAN -2  A 10: 32

CASE NO. 2:06-cv-00672-WKW

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Anthony Bernard Moorer, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12-31-07
Date

*Anthony B Moorer*
(Signature)

_____
(Counsel's Name)

Counsel for (print names of all parties)
424D Sreen Meadow Dr
Montgomery, A19 36108
Address, City, State Zip Code
(334) 221-9415
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, _Anthony B. Moore_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _U.S. Mail/Electronic_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _31st_ day of _December_ 20_07_ to:

Allison H. Highley
City of Montgomery
P.O. Box 1111
Montgomery, AL 36101

_12-31-07_
Date

_Anthony Moore_
Signature