IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

ANTHONY BERNARD MOORER,           )
                                  )
    Plaintiff,                    )
                                  )
v.                                ) CASE NO. No. 2:06-CV-672-WKW.
                                  )
CITY OF MONTGOMERY, et al ,       )
                                  )
    Defendant,                    )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, Anthony Bernard Moorer, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [x] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Date  4-10 08

_____
ANTHONY BERNARD MOORER, pro se
4241 Greenmeadow Drive
MONTGOMERY, AL 36108
334-221-9415

## CERTIFICATE OF SERVICE

I, Anthony Bernard Moorer, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, electronic mail on this 4-10 day of April 2008, to:

MICHAEL DAVID BOYLE
ALLISON HALE HIGHLEY
Attorneys for the Defendants
CITY OF MONTGOMERY
POST OFFICE BOX 1111
MONTGOMERY, AL 36101-1111

4-10-08
Date

Anthony Bernard Moorer

Signed this 10th day of Apr. 2

FRANCESTER D. RILEY ROBINSON
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: FEB 23, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

MICHAEL DAVID BOYLE
ALLISON HALE HIGHLEY
CITY OF MONTGOMERY
POST OFFICE BOX 1111
MONTGOMERY, AL 36101-1111

Defendant:        THOMAS PROVITT
CITY OF MONTGOMERY
BERNARD HARRIS

HONORABLE WALLACE CAPEL, JR
HONORABLE WILLIAM KEITH WATKINS