UNITED STATES DISTRICT COURT,
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION.

ANTHONY BERNARD MOORER,

    Plaintiff,

v.                                                                        No. 2:06-CV-672-WKW.

CITY OF MONTGOMERY, et al.,

    Defendants.

### NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

The plaintiff appeals to the United States Court of Appeals for the Eleventh Circuit from the order of the district court for the Middle District of Alabama], entered in this case on March 13, 2008.

Date April 10th, 08

ANTHONY BERNARD MOORER, pro se
4241 Green Meadow Drive
MONTGOMERY, AL 36108
334-221-9415

### CERTIFICATE OF SERVICE

I, Anthony Bernard Moorer, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, electronic mail on this 10th day of April 2008, to:

MICHAEL DAVID BOYLE
ALLISON HALE HIGHLEY
Attorneys for the Defendants
CITY OF MONTGOMERY
POST OFFICE BOX 1111
MONTGOMERY, AL 36101-1111

ANTHONY BERNARD MOORER