```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004675
Cashier ID: brobinso
Transaction Date: 04/10/2008
Payer Name: ANTHONY MOORER
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ANTHONY MOORER
 Case/Party: D-ALM-2-06-CV-000672-001
 Amount:         $455.00
----------------------------------------
CASH
 Amt Tendered:  $455.00
----------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00
```