Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

_____April 23, 2008_____

**Appeal Number: 08-11979-JJ**
Case Style: Anthony Bernard Moorer v. City of Montgomery
District Court Number:  06-00672 CV-WKW

TO:   Anthony Bernard Moorer

CC:   Debra P. Hackett

CC:   Allison Hale Highley

CC:   Michael David Boyle

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 23, 2008

Anthony Bernard Moorer
4240 GREEN MEADOW DR
MONTGOMERY AL 36108-5010

**Appeal Number: 08-11979-JJ**
Case Style: Anthony Bernard Moorer v. City of Montgomery
District Court Number: 06-00672 CV-WKW

**THIS CIVIL APPEAL IS GOVERNED BY <u>MORE STRINGENT</u> PROCEDURES FOR REQUESTING EXTENSIONS OF TIME TO FILE BRIEFS AND RECORD EXCERPTS. RULES PROVIDE FOR <u>DISMISSAL WITHOUT FURTHER NOTICE</u> WHEN A BRIEF OR RECORD EXCERPTS IS NOT FILED OR CORRECTED WITHIN THE TIME PERMITTED. PLEASE SEE THE CIRCUIT RULES AT <u>WWW.CA11.USCOURTS.GOV</u>.**

The referenced case was docketed in this court on April 21, 2008. Please use the appellate docket number noted above when making inquiries. An appeal may be dismissed for failure to comply with the Federal Rules of Appellate Procedure and the rules of this court. Motions for extensions of time to file a brief are frowned upon by the court.

Pursuant to 11th Cir. R. 12-1, the record in this appeal was deemed completed and filed on the date the appeal was docketed in this court. Eleventh Circuit Rule 31-1 requires that APPELLANT'S BRIEF AND RECORD EXCERPTS BE SERVED AND FILED WITHIN FORTY (40) DAYS FROM THE DATE THE APPEAL WAS DOCKETED IN THIS COURT. This is the only notice you will receive concerning the due date for filing briefs and record excerpts. (In cross-appeals pursuant to Fed.R.App.P. 28(h), the party who first files a notice of appeal is the appellant unless the parties otherwise agree.) See Fed.R.App.P. 28, 30, 31 and 32, and the corresponding circuit rules, for further information on preparing briefs and record excerpts.

In addition to providing the required number of paper copies of briefs, all parties (except pro se parties) are required, additionally, to provide briefs in electronic format as described in 11th Cir. R. 31-5 and the enclosed instructions. Electronic briefs must be in Adobe Acrobat® PDF file format. The electronic brief must be completely contained in one PDF file, i.e., cover page through and including the certificate of service. The address wrapper accompanying this letter contains counsel's individual identification number (EDF ID) for electronic brief uploading. When uploading a brief for the first time, you will be prompted to register and create a password known only by you for all future uploads.

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required for that form. <u>Only</u> the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system. If your CIP does not include any publicly traded corporations, you are required to go to

the website and simply click the button indicating that you have no publicly traded corporations to report. Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate. You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days from this date. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

                    Sincerely,

                    THOMAS K. KAHN, Clerk

                    Reply To: Carol P. Lewis/wl/404-335-6179

DKT-7-CIV (10-2007)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### UNITED STATES COURTHOUSE
### MONTGOMERY, ALABAMA

**DEBRA P. HACKETT**
CLERK

April 11, 2008

*[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK APR 21 2008 ATLANTA, GA.]*

**MAILING ADDRESS:**
P. O. Box 711
MONTGOMERY, AL 36101
(334)954-3610

Thomas K. Kahn, Clerk
United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Re: District Court No. 2:06-cv-00672-WKW
ANTHONY BERNARD MOORER V. CITY OF MONTGOMERY, ET AL.
Court of Appeals No.

**08-11979-JJ**

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

☒  Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.

☒  First Notice of Appeal:  Yes ☒  No ☐  Other notices (dates):_____

☐  Other:

☒  The Judge or Magistrate Judge appealed from is: **JUDGE WILLIAM KEITH WATKINS**

☐  The Court Reporter (s) is/are: _____

☐  A hearing was not held in the case.  ☒  An **audio tape** is available for transcription of the court hearing

☒  The appellant DOCKET FEE has been paid:  Yes ☒  No ☐  Date paid: 4/10/2008

☐  Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.

☐  Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]
    **Enclosed:** certified copy of Order & an updated docket sheet

☐  Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability
    **Enclosed:** certified copy of Order & an updated docket sheet

☐  Copy of CJA form / order appointing counsel.

☐  Certified record on appeal consisting of : __Volume(s) of pleadings; __ PSI (s); __ Volume(s) of transcript; __ Folder(s) of exhibits/depositions; ___ Supplemental file(s)

☐  ORIGINAL PAPERS:___Volume(s) of pleadings; ____ Volume(s) of transcript; ____ folder of exhibits

☐  This is an appeal of a bankruptcy order.  Bankruptcy Judge _____

☐  This is a DEATH PENALTY appeal.

Very truly yours,

Donna Norfleet
Deputy Clerk

cc: Court file